**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7059**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RONALD NELSON, a/k/a Ronnie,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville.  Malcolm J. Howard, District Judge.  (CR-94-57-H, CA-97-263)

———————

Submitted:  October 23, 1997        Decided:  November 17, 1997

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ronald Nelson, Appellant Pro Se.  Jane H. Jackson, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). Appellant raises issues for the first time on appeal, and we decline to address these issues. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Nelson, Nos. CR-94-57-H; CA-97-263 (E.D.N.C. June 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED